GLENN A. DAWLEY, an Infant, by LEROY DAWLEY, His Guardian ad Litem, Respondent, *v.* FREDERICK McKIBBIN, Appellant.

LEONARD L. DAWLEY, an Infant, by LEROY DAWLEY, His Guardian ad Litem, Respondent, *v.* FREDERICK McKIBBIN, Appellant.

*Constitutional law — negligence — motor vehicles — constitutionality of section 282-e of Highway Law making owner of automobile liable for negligence of one operating car with his permission.*

*Dawley* v. *McKibbin* (2 cases), 217 App. Div. 784, 785, affirmed. (Argued April 5, 1927; decided May 3, 1927.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 15, 1926, unanimously affirming a judgment in favor of plaintiff, entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff by reason of a collision between an automobile in which he was riding and another belonging to defendant, it being alleged that the accident was occasioned through the negligence of the driver of the latter car. Defendant contended that section 282-e of the Highway Law, making the owner of an automobile liable for negligence of operator using car with his permission, was unconstitutional.

*D. J. Seubert* and *George R. Fearon* for appellant.

*R. J. Shanahan* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.